# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| JORY RUGGIERO,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; STATE FARM FIRE AND CASUALTY COMPANY; and JOHN DOES 1 THROUGH 5,<br><br>Defendants. | Cause No. CV-18-48-BU-BMM<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to written stipulation by and between the parties hereto, through their respective counsel of record, pursuant to Rule 41, Federal Rules of Civil Procedure, that Plaintiff's claims against Defendants State Farm Mutual Automobile Insurance Company, State Farm Fire and Casualty Company, and John Does 1 through 5 have been fully and finally compromised and settled on the merits and shall be dismissed with prejudice.

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice with each party to pay their respective costs and fees of any kind or nature.

DATED this 7th day of January, 2019.

_____
Brian Morris
United States District Court Judge